Marcus C. Henderson
3066 Zelda Rd. #390
Montgomery, AL 36106
334-219-0263

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 9 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>1544 Old Alabama Road<br>Roswell, GA 30076,<br><br>   Petitioner,<br><br>vs.<br><br>Marcus Caron Henderson "And All Others"<br>1880 E Farris Ave<br>East Point, Georgia,<br><br>   Defendants. | Case No.:<br><br>**1:11-CV-3156**<br><br>**NOTICE OF REMOVAL** |

To:   The Honorable Judges and Clerk of the United States
      District Court for the Northern District of Georgia, Atlanta Division

Marcus Henderson moves that the above-entitled cause commenced in the Justice Court of Fulton County, against the named defendants, be removed to this Court, and in support thereof state:

   1.   On March 2, 2011, Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION filed Complaint No. 1FED519780 in the Magistrate Court of Fulton County.

NOTICE OF REMOVAL                                                                                           1

This action was a Proceeding Against Tenant Holding Over, currently scheduled for appearance "between 8:30 A.M. and 5:00 PM on or before the SEVENTH day from the date of service of the within affidavit and summons..."

2.  That Complaint was supposed to be served back in March, however it was not served at that time. On or about 9/1/11, the Fulton County court ordered that the Complaint be "re-served."

3.  The CONSTABLE MARSHAL ENTRY OF SERVICE states that "I have served the foregoing affidavit & summons ... By posing a copy to the door of the premises & depositing a copy in the U.S. Mail..." and gives the DATE OF SERVICE as "9/1/11." However, no copy was posted to the door of the premises, and the mail did not arrive until Sept 14, 2011. The envelope bore a false return address of Fulton County Magistrate Court, zip code 30303, and a postmark made with a Pitney-Bowes machine, zip code 30076, which matches the law firm McCalla Raymer's zip code, thus the return address is false. These documents are attached as exhibits.

4.  The Complaint shows Defendant's "ADDRESS" as 1880 E Farris Ave, however this is the address of the property which is possessed by Defendant. The Complaint never alleges that Defendant is domiciled at that property.

5.  Pursuant to 28 U.S.C. § 1446, this notice of removal is timely filed within thirty days after the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. Defendant received the copy on Sept 14, 2011.

6.  All Defendants consent to this Removal action.

7.  Defendants have taken no action in the Magistrate Court of Fulton County that would prejudice their right to removal.

8.  The United States District Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) in that the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs and the action is between citizens of different States. The face of the Summons

and Complaint shows the Plaintiff's name as FEDERAL NATIONAL MORTGAGE ASSOCIATION. The Summons and Complaint shows Plaintiff sharing a mailing address with its attorney, McCalla Raymer, at 1544 Old Alabama Road, Roswell, GA 30076, however the true address of FEDERAL NATIONAL MORTGAGE ASSOCIATION headquarters is 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892. Defendants therefore allege, until further information is available, that Plaintiff is a citizen of the District of Columbia.

9. Defendant Marcus C. Henderson, while having "possession" of the Georgia property at issue, is domiciled in Alabama and is therefore a citizen of Alabama. Domicile determines citizenship, *Pennoyer v. Neff*, 95 U.S. 714 (1878); *Mas v. Perry*. 489 F.2d 1396 (5th Cir. 1974). I certify that the attached Exhibits are true copies of my Alabama driver's license, vehicle registration, and Conservation License.

10. The amount in controversy, while not alleged in the Complaint, is the value of possession of a residential dwelling, which can be calculated as the sum total of rental payments for a comparable property from unspecified the time of the "foreclosure sale" until the end of time. The value of the property is never alleged, but typical home values and rental rates are a matter of public record, and under any reasonable assumptions, that amount exceeds $75,000.

11. This action may be removed to this Court by the Defendant, pursuant to the provisions of 28 U.S.C. § 1441(b),(c) and according to the procedure in 28 U.S.C. § 1446.

12. Promptly after filing this notice of removal, the Defendant will serve a copy upon Petitioner and will file a copy with the clerk of the Magistrate Court of Fulton County.

**WHEREFORE,** Defendants remove the above entitled action now pending in the Magistrate Court of Fulton County, State of Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

DATED this /9th day of Sept, 2011.

Marcus C. Henderson

NOTICE OF REMOVAL                                                                                         3

## CERTIFICATE OF SERVICE

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of the foregoing was served on the following parties:

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
**c/o A. Drew Powers, Esq.**
**McCalla Raymer, LLC**
1544 Old Alabama Road
Roswell, GA 30076

by:

\_\_\_X\_\_\_\_United States Postal Service, ordinary first class mail
_____United States Postal Service, certified or registered mail, return receipt req.
_____Hand delivery
\_\_\_X\_\_\_\_FAX Number: 800-870-1445
_____other (specify)

Sept _19th_, 2011          /s/ _[signature]_

NOTICE OF REMOVAL

4

# MAGISTRATE COURT OF FULTON COUNTY
## PROCEEDING AGAINST TENANT HOLDING OVER

_____
Federal National Mortgage Association
_____
1544 Old Alabama Road
_____
Roswell, GA 30076        (404) 417-4045 / ABS
_____

**PLAINTIFF'S NAME, ADDRESS & PHONE NO.**
VS.

_____
Marcus Caryn Henderson "and All Others"
_____
1800 E Ferris Ave
_____
East Point, GA 30344
_____

**DEFENDANT'S NAME & ADDRESS**

_____
Melinda Powers, Esq.
_____
1544 Old Alabama Road
_____
Roswell, GA 30076        (404) 417-4045 / ABS
_____

**PLAINTIFF'S ATTY. NAME, ADDRESS & PHONE**

MED 519780
Re-Service

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated.
2. Affiant is the ( ) Owner, ( ) Attorney, ( ) Agent, ( ) Lessee of the owner of said premises.
3. Tenant: ( ) fails to pay the rent which is now past due.
   ( ) holds the premises over and beyond the term for which they were rented or leased to him.
   (X) other grounds: _Defendant is a tenant at sufferance after foreclosure sale._
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS:
(a) possession of the premises.
(b) past due rent of $_____ N/A _____ for the month(s) of _____ N/A _____
(c) rent accruing up to the date of judgement or vacancy at the rate of $_____ N/A _____ per _____
(d) other: _____

**AFFIANT** _[signature]_

**PHONE NO.** Melinda Powers, Esq.
ATTORNEY AT LAW
(404) 417-4045 / ABS

[Notary seal: HEATHER N PRITCHETT, NOTARY PUBLIC, GEORGIA, CHEROKEE COUNTY, EXPIRES APRIL 8, 2012]

**FILED IN OFFICE, THIS** _____

**CLERK** _____

## SUMMONS

TO: THE CONSTABLE MARSHAL of the State Court of Fulton County or his lawful deputies and to the Sheriff of Fulton County or his lawful deputies.

GREETINGS: The defendant(s) herein is are commanded and required personally or by attorney to appear in Room TG400, Justice Tower, 185 Central Avenue, S.W., Atlanta, Georgia, between 8:30 A.M. and 5:00 P.M. on or before the SEVENTH day from the date of service of the within affidavit and summons (or on the first business day thereafter IF the seventh day falls on Saturday or Sunday or legal holiday) to answer the affidavit in writing or orally in person. If the answer is NOT made, a Writ of Possession shall issue instanter.

WITNESS the Honorable Chief Judge of said Court

The above affidavit was sworn to and subscribed before the undersigned Deputy clerk by affiant as provided by O.C.G.A. 44-7-50 and summons issues pursuant thereto.

This _____, _____

_____ **DEPUTY CLERK**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## CONSTABLE MARSHAL ENTRY OF SERVICE

I have served the foregoing affidavit & summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously (name) _____ (X) By posting a copy to the door of the premises & depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant(s) to answer at the hour & place in said summons.

DATE OF SERVICE: __9/1/11__         _____ D.M.

DEFENDANT TO ANSWER ON OR BEFORE: __9/8/11__

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## WRIT OF POSSESSION

You are hereby commanded to remove said Defendant(s) together with his property therein from said house and premises and to deliver full and quiet possession of same to Plaintiff herein.

This _____

PER ORDER DATED _____

_____ **JUDGE**

TENANT: [ ] VACATED   [ ] EJECTED   [ ] SETTLED W/ PLAINTIFF   [ ] HELD UP   [ ] LABOR

DATE: _____

_____ **DEPUTY MARSHAL**

Fulton County Magistrate Court
185 Central Avenue SW, Room TG400
Atlanta, GA 30303

EV Dept./MR-3-002692/ABS

$00.44

Marcus Caron Henderson
And/or Tenant, Known or Unknown
1880 E Farris Ave
East Point, GA 30344





Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Robert Bentley, Governor ; N. Gunter Guy Jr., Commissioner

| | | |
|---|---|---|
| 20110000065668680 | S0H509B11420D91120 | 68-680 |
| ID# | AL UCN116868000075   DATE   05/20/2011 13:09 | |
| ISSUED TO | Metro View Enterprises | |
| ADDRESS | 3066 Zelda Rd.; Apt. 390 Montgomery, AL 36106 | |
| ISSUING AGENT SIGNATURE | Department of Conservation | |

**LICENSE PRIVILEGES ISSUED**

| | | |
|---|---|---|
| 20110000065668680 | S0H509B11420D91120 | 68-680 |
| License Type | Valid Period | Fee |
| Dog Trainer | 05/20/2011 - 09/30/2011 | $5.00 |
| | Total Fees (1): | $5.00 |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |

This permit MUST be in the possession of the license holder

**BUSINESS LOCATION(S):**
Metro View Enterprises (Store ID: 3066)     3066 Zelda Dr.; Apt. 390; Montogmery, AL 36106

**BUSINESS OWNER(S):**
Marcus C. Henderson